IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| WEIMING SUN, <br><br> Plaintiff, <br><br> v. <br><br> PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1: 24-cv-9356 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant ENTASSER (Defendant No. 25) with Walmart seller ID 10001237393, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 23 December 2024

Respectfully Submitted:

Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
        admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on  23 December 2024  with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty